# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Dennis Gallipeau,                                )<br>                                                          )<br>              Plaintiff,                            )<br>                                                          )     Civil Action No. 3:20-cv-3933-TMC<br>       v.                                               )<br>                                                          )     **ORDER**<br>                                                          )<br>State of South Carolina, State Law   )<br>Enforcement Division, Richland County )<br>Sheriff's Department, Caraly Alvarez,  )<br>John Does and Jane Does,              )<br>                                                          )<br>              Defendant.                         )<br>_____ ) | |

Plaintiff filed this action in state court, alleging Defendants violated his constitutional rights. (ECF No. 1-1). On November 11, 2020, Defendants Caraly Alvarez and Richland County Sheriff's Department, with the consent of the other Defendants, removed this action to this Court. (ECF No. 1). In accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02(B)(2)(b), (e), D.S.C., this matter was referred to a magistrate judge for pretrial handling. Plaintiff has now moved for voluntary dismissal of this action, without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. (ECF No. 14). Defendants consent to said motion. (ECF Nos. 15, 17). Before the court is the magistrate judge's Report and Recommendation ("Report"), recommending that the court dismiss this case without prejudice pursuant to Rule 41(a)(2). (ECF No. 18).

Having reviewed the record and the subject motion and responses to the motion, the court hereby **ADOPTS** the Report (ECF No. 18) and **GRANTS** Plaintiff's motion for voluntary dismissal (ECF No. 14). This action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(2). Any other pending motions are denied as moot.

**IT IS SO ORDERED**.

s/Timothy M. Cain
United States District Judge

Anderson, South Carolina
January 13, 2021

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.